336

ELIZABETH M. RIGG, PLAINTIFF-PETITIONER, v. FARMERS' & MECHANICS' SAVINGS & LOAN ASSOCIATION OF BURLINGTON, NEW JERSEY, DEFENDANT-RESPONDENT.

*Messrs. Thomas & Peacock* and *Mr. Robert Peacock* for the petitioner.

*Mr. Thomas D. Begley* and *Messrs. Powell & Davis* for the respondent.

April 23, 1956.   Denied.

GALE HONEY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. CHARLES S. BROWN, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. McCarter, English & Studer* and *Mr. Verling C. Enteman* for the petitioners.

*Mr. Philip Tulipan, Mr. Edward R. McGlynn, Mr. Roger H. McGlynn* and *Mr. Maximilian Morrof* for the respondents.

April 23, 1956.   Granted.